1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| TREANDOUS A. COTTON,<br><br>             Plaintiff,<br><br>        v.<br><br>MOSELY, et al.,<br><br>             Defendants. | Case No. 2:24-cv-05499-FWS-MBK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND PARTIALLY GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT |

20
21
22
23
24
25

        Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, Defendants' Motion to Dismiss, Plaintiff's Opposition, and Defendants' reply, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither Plaintiff nor Defendants have filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

26
27

        IT IS ORDERED that Defendants' Motion to Dismiss (Dkt. 21) is granted in part and denied in part as follows:

28

1. Defendants' motion as to Plaintiff's First Amendment Retaliation Claim against Mohammed and Fourteenth Amendment Equal Protection Claim against Mohammed is DENIED. Plaintiff may proceed on these claims as against Defendant Mohammed in his individual capacity only;

2. Defendants' motion as to Plaintiff's remaining claims against Defendants Mohammed and Ruano, including conspiracy, due process, and the ADA is GRANTED, and Plaintiff is given leave to amend;

3. Defendants' motion as to Plaintiff's claims against Defendants Mosely, Phillips, Rocha, Curry, and Howard, and all claims brought on behalf of Mrs. Treandous K. Cotton is GRANTED, without leave to amend; and

4. The case is returned to Magistrate Judge Kaufman for further proceedings.

Dated: November 17, 2025

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE